Michael Patrick O'Brien (USB #4894)
C. Michael Judd (USB #14692)
JONES WALDO HOLBROOK & McDONOUGH PC
*Attorneys for Defendant Maurices*
170 South Main Street, Suite 1500
Salt Lake City, Utah  84101
Telephone:     (801) 521-3200
mobrien@joneswaldo.com
mjudd@joneswaldo.com

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAMUEL BURNINGHAM,<br><br>             Plaintiff,<br><br>vs.<br><br>MAURICES INCORPORATED d/b/a MAURICES,<br><br>             Defendant. | **STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:17-cv-856-RJS<br><br>Judge Robert J. Shelby |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Samuel Burningham

and Defendant Maurices Incorporated d/b/a Maurices, by and through their undersigned counsel,

hereby stipulate and agree that this action shall be DISMISSED WITH PREJUDICE, with each

party to bear its own costs, expenses, and attorneys' fees.

[Signature page follows]

1279635.1

2

Dated: August 31, 2017.

STUDEBAKER LEGAL SERVICES, PC


By: /s/ *Michael P. Studebaker* (with permission)
      Michael P. Studebaker
      *Attorney for Plaintiff*


JONES WALDO HOLBROOK & McDONOUGH PC


By: /s/ *C. Michael Judd*
      Michael Patrick O'Brien
      C. Michael Judd
      *Attorneys for Defendant Maurices*

2

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2017, I caused to be delivered, via the court's electronic filing system, email, or otherwise by first class mail postage prepaid if needed, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE**, to the following:

> Michael P. Studebaker (mike@utahadaadvocates.com)
> STUDEBAKER LEGAL SERVICES, PC
> 333 2nd Street, Suite 16
> Ogden, UT 84404
> *Attorney for Plaintiff*

By: /s/ *C. Michael Judd*
C. Michael Judd

3

1279635.1